■ ZELDA BRODSKY et al., Appellants, v HYMAN BRODSKY et al., Respondents. [618 NYS2d 536] —In an action for declaratory judgment, the plaintiffs appeal from an order of the Supreme Court, Nassau County (O'Brien, J.), dated September 8, 1992, which denied the plaintiffs' motion for a preliminary injunction.

Ordered that the order is affirmed, without costs or disbursements.

Contrary to the plaintiffs' contention, we conclude that the Supreme Court's denial of the plaintiffs' motion for a preliminary injunction did not constitute an improvident exercise of discretion. There are sharp factual disputes as to key issues in the record which preclude a finding of a likelihood of success and irreparable injury at this juncture and which warrant the denial of the motion (see, *Schneider Leasing Plus v Stallone,* 172 AD2d 739; *Network Fin. Planning v Prudential-Bache Sec.,* 194 AD2d 651, 652). Thompson, J. P., Miller, O'Brien, Santucci and Joy, JJ., concur.